UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20516
Hon. Matthew F. Leitman

v.

JIHAD McKENZIE,

    Defendant.

_____/

## ORDER GRANTING EMEGENCY MOTION TO PERMIT DEFENDANT ADDITIONAL TIME TO REPORT TO THE BUREAU OF PRISIONS

**IT IS HEREBY ORDERED** that Defendant, Jihad McKenzie's motion to extend his reporting date is **GRANTED**. Defendant shall report to the Bureau of Prisons ("BOP") to serve his sentence on or before January 10, 2019.

**IT IS SO ORDERED.**

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: October 23, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 23, 2018, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764